IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID LEESON and LUCY LEESON,
individually and as Parents and Next-Friends
of NIAMH LEESON, a minor child and
RUBY LEESON, a minor child,

      Plaintiffs,

v.                                                                                                                              No.: CV 19-0086 WJ/JHR

THE WRIGHT TRUCKING COMPANY, INC.,
a foreign corporation, DW EXPEDITING, INC.,
a foreign corporation, and CHRISTOPHER PUERTO,

      Defendants.

# FINAL JUDGMENT

**THIS MATTER** comes before the Court in conjunction with the Court's Order Adopting the Magistrate Judge's Proposed Findings of Fact and Recommendation to Approve Minor Settlements. *Doc. 71*. Because the Court has adopted the PFRD (*Doc. 69*) and approved the proposed minor settlements, entry of Final Judgment under Federal Rule of Civil Procedure 58 is appropriate in this matter.

**IT IS THEREFORE ORDERED** that final judgment is entered and this matter is dismissed with prejudice.

_____
CHIEF UNITED STATES DISTRICT JUDGE